IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Appellee, | ) |
| | ) |
| v. | ) No. 21-4604 |
| | ) |
| IRVIN RAUL LEMUS VILLALOBOS, | ) |
| | ) |
| Defendant- Appellant. | ) |

**Government's Motion to Suspend Briefing Schedule**

On November 11, 2024, the government filed a motion for summary affirmance under Fourth Circuit Local Rule 27(f)(1). As explained therein, the defendant's equal protection challenge is foreclosed by intervening precedent of this Court, *see United States v. Sanchez-Garcia*, 98 F.4th 90 (4th Cir. 2024), making this appeal ripe for summary disposition.

The government now moves under Fourth Circuit Local Rule 27(f)(3) to suspend the briefing schedule pending the Court's resolution of the pending motion for summary affirmance. *See* 4th Cir. R. 27(f)(3) ("Suspension of briefing pending ruling on a motion to summarily affirm, reverse, or dismiss should be requested by separate motion."). If the Court grants the government's motion for summary affirmance, no further merits briefing from either side will be necessary. Thus, the

Court should suspend the briefing schedule pending a decision on the government's motion for summary affirmance.

Defense counsel consents to suspending the briefing pending the Court's resolution of the government's motion for summary affirmance.

                            Respectfully submitted,

                            Jessica D. Aber
                            United States Attorney

By:               /s/              
                            Joseph Attias
                            Assistant United States Attorney
                            U.S. Attorney's Office
                            Eastern District of Virginia
                            2100 Jamieson Avenue
                            Alexandria, VA 22314
                            (703) 299-3892

## Certificate of Compliance

This motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 159 words.

This motion also complies with the typeface and type-style requirements in Fed. R. App. P. 32(a)(5) and (a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

By:        /s/       

Joseph Attias
Assistant United States Attorney