FILED:  November 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 21-4604
(1:21-cr-00080-AJT-1)

———————————————

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

IRVIN RAUL LEMUS VILLALOBOS, a/k/a Irvin Raul Villalobos-Lemus, a/k/a
Irving Raul Lemus Villalobos

        Defendant - Appellant

———————————————

O R D E R

———————————————

The court grants the motion to suspend briefing pending resolution of the

motion for summary affirmance.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk